UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RYAN O'DELL, | : |
| Plaintiff, | : Civ. No. 1:23-cv-3360 |
| v. | : |
| MOMENTIVE GLOBAL INC., LAUREN ANTONOFF, SUSAN L. DECKER, DAVID EBERSMAN, DANA L. EVAN, RYAN FINLEY, SAGAR GUPTA, ERIKA H. JAMES, ZANDER LURIE, SHERYL SANDBERG, and BENJAMIN C. SPERO, | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: May 18, 2023                                         Respectfully submitted,

                                                                                                            **MELWANI & CHAN LLP**

                                                                                                            /s *Gloria Kui Melwani*
                                                                                                            Gloria Kui Melwani (GM5661)
                                                                                                             1180 Avenue of the Americas, 8th Floor
                                                                                                             New York, New York 10036
                                                                                                             Tel: (212) 382-4620
                                                                                                             Email: gloria@melwanichan.com

                                                                                                             *Attorneys for Plaintiff*